JOHN A. BISHOP. DOING BUSINESS AS WEST COAST DRUG CO., PLAINTIFF IN ERROR, VS. I. L. LYONS & CO., DEFENDANTS IN ERROR.

Appellate practice—Writ of error, how made returnable.

A writ of error issued on a day within a pending term of the appellate court and made returnable to a day within the same term, violates the law and is void, and the case thereby attempted to be brought to the appellate court will be stricken from its dockets.

Case stricken from dockets.

Writ of Error to the Circuit Court for Hillsborough County.

*Shackleford & Pettingill,* for Plaintiff in Error.

*F. M. Simonton,* for Defendant in Error.

PER CURIAM.

This cause being reached in its regular order on the docket for final adjudication was referred by the court to its Commissioners for examination, and they report that the writ of error therein was issued on a day in the June term, 1896, of this court and was made returnable to a day within said June term, 1896, in violation of law, and is therefore void, and the court upon examination finding such report to be true, it is, therefore, hereby ordered that the said cause be, and the same is hereby, stricken from the dockets of this court.    Savannah, Florida & Western Ry. Co. v. Justice, 41 Fla. 508, 26 South. Rep. 704; Payne v. Roche. 41 Fla. 478, 27 South. Rep. 29.